United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACCURAY INCORPORATED,

Plaintiff,

v.

CARE LG 2016 HOLDINGS, LLC,

Defendant.

Case No.  23-cv-05713-ASK

**JUDGMENT**

Re: Dkt. No. 56

The Court enters judgment in favor of Plaintiff Accuray Incorporated ("Accuray") and against Defendant Care LG 2016 Holdings, LLC ("Care LG"), pursuant to the parties' stipulated judgment. *See* Dkt. 56-2 ¶¶ 5-6. Accuray shall recover the sum of $1,190,000.00 from Care LG. Accuray may seek to recover its reasonably incurred attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge